**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Woodall,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants. | No. CV-22-00583-PHX-DLR<br><br>**ORDER** |

    Before the Court is Plaintiff's application for a fee waiver (Doc. 2), which will be granted. The Court must dismiss an action proceeding on a fee waiver if "at any time the court determines" that the "allegation of poverty is untrue" or that the "action or appeal" is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

    Plaintiff sues the United States of America and the State of Arizona for allegedly violating his constitutional rights by not providing to the public non-English translations of all laws. The Court understands Plaintiff to be alleging claims under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) and 42 U.S.C. § 1983, the former of which creates (under some circumstances) a cause of action against federal officers for violations of constitutional rights, and the latter of which creates a cause of action against persons who violate constitutional rights under color of state law. Neither, however,

authorizes suit against the United States of America or the State of Arizona. Rather, *Bivens* creates a cause of action against federal *officers*, and § 1983 creates a cause of action against *persons* acting under color of state law. The United States of America is not a federal officer, and the State of Arizona is not a person. Accordingly, Plaintiff's complaint does not state a claim to relief.

**IT IS ORDERED** that Plaintiff's application for a fee waiver (Doc. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Doc. 1) is **DISMISSED**. Plaintiff may file an amended complaint that cures these deficiencies by no later than **May 18, 2022**. No amended complaint may be served, however, until the Court has screened it. If Plaintiff fails to file an amended complaint within the timeframe specified herein, the Clerk is directed to terminate this case without further order of the Court.

Dated this 19th day of April, 2022.

Douglas L. Rayes
United States District Judge